*E-Filed 12/9/15*

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TYRONE YOUNGS,

        Plaintiff,

    v.

DENTIST A. DOWLATSHAHI, and
CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES,

        Defendants.

_____/

No. C 15-5505 RS (PR)

**ORDER OF TRANSFER**

     Plaintiff's claims arise from alleged events that occurred at the California Health Care Facility, which lies in the Eastern District.  Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED**.

DATED:  December 8, 2015

                                  RICHARD SEEBORG
                                  United States District Judge